# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-cv-758-PMF |
| ) | |
| ROGER E. WALKER, JR., JASON C. ) | |
| GARNETT, GREGORY LAMBERT, ) | |
| ROY BRADFORD, JULIE WILKERSON, ) | |
| KEN BLACK, LEE RYKER, ) | |
| JOYCE HOSKINSON, ROBERT F. KUNTZ, ) | |
| NEIL BANTICAN, and MELODY J. FORD, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Pursuant to Order of Judge Reagan entered March 23, 2010, judgment is entered in favor of defendants Joyce Hoskinson, Neil Bantican, Robert F. Kuntz, Lee Ryker, Roger E. Walker, Jr., and Melody J. Ford and against plaintiff James Brown on Count 4.

Pursuant to Order of Judge Reagan entered September 29, 2010, as amended on November 4, 2010, judgment is entered in favor of defendants Ken Black, Julie Wilkerson, Roy Bradford, Gregory Lambert, and Jason C. Garnett on Count 1, and in favor of defendants Ken Black and Melody J. Ford and against plaintiff James Brown.

Pursuant to Order of Judge Reagan entered March 31, 2011, Count 2 is DISMISSED with prejudice.

Pursuant to Order of Magistrate Judge Frazier entered at the close of evidence on April 7, 2011, judgment is entered in favor of defendant Jason C. Garnett and against plaintiff James Brown.

Pursuant to jury verdict on April 7, 2011, judgment is entered in favor of defendants Gregory Lambert, Roy Bradford, and Julie Wilkerson, and against plaintiff James Brown.

| | |
|---|---|
| **DATED: April 11, 2011.** | **NANCY J. ROSENSTENGEL**<br>**CLERK OF THE COURT**<br><br>**By: s/Karen R. Metheney**<br>**Deputy Clerk** |
| **APPROVED:** | |

**s/ Philip M. Frazier**
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**